IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CYNTHIA HITCHENS,

    Plaintiff,

v.

                                        No. 1:16-CV-000576 SMV/KK

NANCY DOLL,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO MUTUALLY DISMISS AMENDED COMPLAINT AND COUNTERCLAIMS

THIS MATTER having come before the Court on Plaintiff Cynthia Hitchens and Defendant Nancy Doll's Stipulated Motion to Mutually Dismiss Amended Complaint and Counterclaims and the Court having reviewed the Stipulated Motion and otherwise being fully advised in the premises, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that all claims asserted in the Amended Complaint (Doc. 4) and Counterclaims (Doc. 9) are hereby dismissed with prejudice, with the Parties to bear their own attorneys' fees and costs. Further, Plaintiff Cynthia Hitchens will file a notice of withdrawal of the Lis Pendens that was filed in this matter (Doc. 2) within ten (10) days of entry of this Order.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

Submitted and Approved By:

*/s/ Approved by Erica R. Neff on 3/14/17*
RICHARD M. PADILLA
ERICA R. NEFF
DEVON P. MOODY
Attorneys for Plaintiff Cynthia Hitchens
6000 Indian School Rd. N.E., Suite 200
Albuquerque, NM 87110
(505) 883-8181
*rpadilla@obrienlawoffice.com*
*eneff@obrienlawoffice.com*
*dmoody@obrienlawoffice.com*


*/s/ Approved by Latisha K. Frederick on 3/14/17*
Latisha K. Frederick
Davis, Miles, McGuire, Gardner, PLLC
*Attorneys for Defendant Nancy Doll*
320 Gold Ave. SW, Suite 1111
Albuquerque, NM 87102
(505) 948-5050
*lfrederick@davismiles.com*
*ewitzke@davismiles.com*